**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

YVETTE S. ATKINSON,
STEVENS SANCHEZ
     Plaintiff,

vs.

STEPHEN PUSTILNIK, M.D.

     Defendant

Case No. 4:25-CV-04923

## <u>REQUEST FOR JUDICIAL NOTICE</u>

NOW COME Yvette S. Atkinson and Stevens Sanchez, Plaintiffs, requesting that the Court take judicial notice of the appellant's brief filed in *Yvette S. Atkinson v. Stephen Pustilnik, et al.*, Case No. 25-20513, U.S. Court of Appeals for the Fifth Circuit. Plaintiffs have uploaded the brief as an attachment to this request and would direct the Court's attention to pages 27-28. Plaintiffs have asked the Fifth Circuit to take judicial notice of this case, as it relates to the case pending before the appellate court. Defendant does not oppose this request.

Date: <u>May 18, 2026</u>

*/s/ Eden P. Quainton*
Eden P. Quainton
Quainton Law, PLLC
2 Park Ave., 20th Fl.
New York, NY 10016
(212) 419-0575
(212) 376-5699
*eden.quainton@quaintonlaw.net*
ATTORNEY FOR PLAINTIFFS

- 1 -

*/s/ Ty Clevenger*
Ty Clevenger
Texas Bar No. 24034380
212 S. Oxford Street #7D
Brooklyn, New York 11217
(979) 985-5289
(979) 530-9523 (fax)
*tyclevenger@yahoo.com*
ATTORNEY FOR PLAINTIFFS

## Certificate of Conference

I certify that I conferred with Rolf Kreuger, counsel for the Defendants, via email on May 18, 2026, and he indicated that the Defendant would not oppose this request for judicial notice.

*/s/ Ty Clevenger*
Ty Clevenger

## Certificate of Service

I certify that the foregoing stipulation was filed with the Court's ECF system on May 18, 2026, which should result in automatic notification via email to counsel for all parties of record.

*/s/ Ty Clevenger*
Ty Clevenger

- 2 -